# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIENNA ROSE, INC., *et al.*, <br><br> Defendants. | Case No.: CV 18-10245-DMG (ASx) <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [18]** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The above-captioned action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

DATED: May 16, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1